■ In the Matter of ANTHONY DANIELS, Petitioner, v THOMAS LAVALLEY, as Superintendent of Clinton Correctional Facility, Respondent. [995 NYS2d 533]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., Stein, Garry, Lynch and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.